```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12817
    JERALDINE WOODS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8831

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/20/2008 and was confirmed 08/11/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED            1099.88           .00          225.16
AMERICAS SERVICING COMPA  CURRENT MORTG          .00           .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE          .00           .00             .00
TRIAD FINANCIAL CORP      SECURED VEHIC      3000.00           .00          308.44
TRIAD FINANCIAL CORP      UNSECURED          2587.37           .00             .00
COMMONWEALTH EDISON       UNSECURED           943.36           .00             .00
FFPM CARMEL HOLDINGS      NOTICE ONLY      NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           642.18           .00             .00
NICOR GAS                 UNSECURED           844.41           .00             .00
SALUTE                    UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           264.97           .00             .00
FELD & KORRUB LLC         DEBTOR ATTY        3,014.00                          .00
TOM VAUGHN                TRUSTEE                                            46.40
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     580.00

PRIORITY                                              .00
SECURED                                            533.60
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                46.40
DEBTOR REFUND                                         .00
                           ---------------     ---------------
TOTALS                      580.00                 580.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12817 JERALDINE WOODS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE